# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| WILLIAM C. STUCKEY | : | No. 497 MAL 2018 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| SETH RILEY, BARBARA PIERSON RILEY | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM E. STUCKEY, DIANNA P. STUCKEY, DAWN STUCKEY AND DIANNA D. STUCKEY | : | |
| | : | |
| PETITION OF: WILLIAM C. STUCKEY | : | |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 4th day of February, 2019, the Petition for Allowance of Appeal is DENIED.